**Order filed April 11, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-01019-CV
_____

**LORETTA BRANCH, GRAYLYN JUDKINS AND WANDA FORD,**
**Appellants**

**V.**

**MONUMENTAL LIFE INSURANCE COMPANY, Appellee**

---

**On Appeal from the County Court at Law No. 1 & Probate Court**
**Brazoria County, Texas**
**Trial Court Cause No. CIO46943**

---

## O R D E R

Appellant's brief was due March 25, 2013. No brief or motion for extension of time has been filed.

Unless appellants submit a brief to the clerk of this court on or before **May 9, 2013**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM